UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buta SINGH,<br><br>              Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>              Respondents. | Case No.:  26-cv-1401-AGS-MSB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Buta Singh seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. The parties "jointly" asked "that the Court grant the petition" (ECF 6, at 2), and the petition is **GRANTED**. All pending deadlines and hearings are vacated, and the motion for a temporary restraining order is denied as moot.

Respondents must immediately release the petitioner from custody. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  March 19, 2026

_____
Hon. Andrew G. Schopler
United States District Judge